1

2

3

4                     **UNITED STATES DISTRICT COURT**

5                    **NORTHERN DISTRICT OF CALIFORNIA**

6                          **(SAN JOSE DIVISION)**

| | |
|---|---|
| 7   In re: | **Case. No: 14-2700** |
| 8   CHA CHA ENTERPRISES, LLC, | |
| 9                    Debtor. | ~~**PROPOSED**~~ **ORDER GRANTING** |
| 10   NUCP TURLOCK, LLC, | **APPELLANT'S REQUEST FOR DISMISSAL OF APPEAL** |
| 11                    Appellants, | |
|      vs. | |
| 12   MI PUEBLO SAN JOSE, INC.; JUVENAL | |
| 13   CHAVEZ; THE CHAVEZ FAMILY LIVING TRUST; MARIA CHAVEZ; JUVENAL | |
| 14   CHAVEZ JR.; EDGAR CHAVEZ; ENRIQUE CHAVEZ; AND CHA CHA ENTERPRISES, | |
| 15   LLC, | |
| 16                    Appellees. | |

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

17

18

19

20

21

22

23

24

25

26

27

28

1

1        Appellant NUCP Turlock, LLC and Appellees have reached a settlement.  In light of the

2    settlement, Appellant NUCP Turlock's request for dismissal of its appeal with prejudice is

3    GRANTED, with each party to bear its own attorneys' fees and costs.

4    **IT IS SO ORDERED**

5

6    Dated:   January 22, 2015

7                                                        _____
                                                         BETH LABSON FREEMAN
8                                                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28